UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 2 2 2008
2-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**
Grayling King

v.

**Defendant(s)**
L Ellison and Valerie Lanier
Representing the United States
Department of Education

**Case No.**
08CV1113
JUDGE MANNING
MAG. JUDGE COLE

## COMPLAINT

On August 27th 2007 I received a letter from Department of Treasury saying that my income tax had been offset because of a default student loan. The letter was dated August 17th 2007 which was ironically the date that my family had gotten evicted from our home. I made three attempts by phone and three by mail which was certified to get the $4,650.75 because my family is in great need. I was told that if I had an eviction notice and proof of my hardship that I would have my earned income credit of $4,650.75 sent to me. L Ellison and Valerie Lanier of the U.S. Department of Education stated that my hardship wasn't considered a hardship and Valerie Lanier said that if I disagreed with this finding to bring a Lawsuit in Federal District Court. The loan was taken out in 1985. I was told the loan was consolidated in 1996 on January 26th and went into default on Nov 7th, 1996. I never consolidated this loan. I didn't complete the program at East-West University. The loan was for $2,500 now the Department of Education says I owe $9,485.54 of which $4,650.75 they have taken from taxes.