MHW

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Gvrstling Kyng (Please print)

STREET ADDRESS: P.O. Box 87628

CITY/STATE/ZIP: Chicago, IL, 60085

PHONE NUMBER: 224 374-8892

CASE NUMBER: **08CV1113 JUDGE MANNING MAG. JUDGE COLE**

Signature

Date: 2-22-08

FILED

FEB 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT