# United States District Court

## Northern District of Illinois

Eastern Division

KING                                             **JUDGMENT IN A CIVIL CASE**

            v.                                      Case Number: 08 C 1113

ELLISON

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.  This case is dismissed in its entirety.

                                                                  Michael W. Dobbins, Clerk of Court

Date: 2/27/2008                                      _____

                                                                   /s/ J. Smith, Deputy Clerk